## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-119 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT E.I. DU PONT DE NEMOURS AND COMPANY'S MOTION TO DISMISS

Defendant E.I. du Pont de Nemours and Company, by its undersigned counsel, hereby moves to dismiss the Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief may be granted. The grounds for this motion are fully set forth in Defendant's Memorandum of Law in Support of Its Motion to Dismiss, filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By: _Sarah E. DiLuzio_
Mary E. Copper (#2397)
Sarah E. DiLuzio (#4085)
Hercules Plaza 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

Dated: April 29, 2005
680068

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on April 29, 2005, I electronically filed true and correct copies of the foregoing DEFENDANT E.I. DU PONT DE NEMOURS AND COMPANY'S MOTION TO DISMISS with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

>Gerald Z. Berkowitz, Esquire (#152)
>Berkowitz Schagrin & Cooper
>1218 N. Market Street
>P. O. Box 1632
>Wilmington, DE 19899
>gberkowtiz@bsclaw.com

>Sarah E. DiLuzio (DSB ID No. 4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Post Office Box 951
>Wilmington, Delaware 19899-0951
>Tel: (302) 984-6000
>E-mail: sdiluzio@potteranderson.com