IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD J. SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND<br>COMPANY, a Delaware corporation,<br><br>      Defendant. | )<br>)<br>)   C.A. No. 05-119 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on April 29, 2005, I electronically filed true and correct copies of the foregoing DEFENDANT E.I. DU PONT DE NEMOURS AND COMPANY'S MOTION TO DISMISS with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and <u>hand delivered</u> (2) two copies to the attorney listed below:

        Gerald Z. Berkowitz, Esquire (#152)
        Berkowitz Schagrin & Cooper
        1218 N. Market Street
        P. O. Box 1632
        Wilmington, DE 19899
        gberkowtiz@bsclaw.com

        /s/ Sarah E. DiLuzio
        Sarah E. DiLuzio (DSB ID No. 4085)
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, 6th Floor
        1313 North Market Street
        Post Office Box 951
        Wilmington, Delaware 19899-0951
        Tel: (302) 984-6000
        E-mail: sdiluzio@potteranderson.com

#680280