EXHIBIT "A"

 

**POST-RETIREMENT COMPANY-PAID SURVIVOR BENEFITS
AND SPOUSE BENEFIT OPTION
SECTION VI OF THE PENSION AND RETIREMENT PLAN
(EFFECTIVE UPON RETIREMENT)**

TR 9721   REV. 2/85

### EMPLOYEE INFORMATION

Name: Ronald J. Smith    Soc. Sec. No.: 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

Birth Date: 07-26-43    A.S.D.: 06-27-66    Roll: [X] Ex. Sal.  [ ] Nonex. Sal.  [ ] Wage

Department & Site: Engr    Louvrs    Code: 85 (Dept.)  1080 (Site)

Marital Status: [X] Married  [ ] Single

---

The following election revokes and supersedes any and all previous elections. Check only one of the boxes below.

[X] I hereby name my spouse, shown below, for the **spouse benefit option** and the following designated beneficiary(ies) for the Company-paid survivor benefit. I understand that my pension as provided in the Pension and Retirement Plan will be reduced to provide for the spouse benefit option. (Complete spouse information and check the appropriate letter.)

Charlotte D. Smith    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    06-27-54
SPOUSE NAME    SOC. SEC. NO.    DATE OF BIRTH (SUBMIT PROOF WITH THIS FORM)

[✓] (a) Spouse    ___ (b) Spouse and all minor children    ___ (c) Spouse and minor children as specified (below)

[NOTE] IF YOU ARE MARRIED AND CHECK THE FOLLOWING BOX, A VALID POST-RETIREMENT SPOUSE WAIVER MUST BE ON FILE OR THE WAIVER CLAUSE AS SHOWN BELOW MUST BE COMPLETED. (FOR RETIREMENTS PRIOR TO JANUARY 1, 1985, A SPOUSE WAIVER IS NOT REQUIRED.)

[ ] I hereby decline the **spouse benefit option** and specify the person(s) named below as beneficiary(ies) to receive Company-paid survivor benefits as provided in the Pension and Retirement Plan. (Check the appropriate letter.)

___ (a) Spouse    ___ (b) Spouse and all minor children    ___ (c) Spouse and minor children as specified
___ (d) Specified minor children   ___ (e) Parent or stepparent

### SPECIFICATION OF BENEFICIARIES

Use full name. Using maiden name as middle name facilitates identification. Name of female spouse should be written "Mary Smith Jones" not "Mary Helen Jones." Never "Mrs. Henry A. Jones" or "Mrs. H. A. Jones." Proof of date(s) of birth will be required by the Company when application is made for survivor payment.

| Name | Relationship | Soc. Sec. No. | Date of Birth |
|---|---|---|---|
| Charlotte D. Smith | Spouse | 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 | 06-27-54 |
| | | | |
| | | | |
| | | | |
| | | | |

Doris O. Uhde (Witness to Employee's Signature)

Ronald Smith (Employee's Signature)    Date: 11/12/94

BMP12
Number    Street

___ E. Uhde (Authorized Signature For E. I. du Pont de Nemours & Company)    Date: 11/14/94

City    State    Zip Code

---

**WAIVER** (If waiver completed, only original copy must be notarized.)

I, _____, the participant's spouse, hereby acknowledge that I have read the notification on the reverse side regarding post-retirement survivor benefits under the Du Pont Pension and Retirement Plan and consent to waive my right to receive such benefits as the participant's spouse under the Retirement Equity Act. I also understand that my spouse has authority to specify a beneficiary without my knowledge or consent and that I will not receive any benefits under the Plan unless specified as a beneficiary by my spouse.

State of _____    County of _____

Signed and attested before me on

___ day of _____, 19___

_____    _____
Notarial Officer Title and Rank    Signature of Spouse

My commission expires _____    _____
                                          Signature of Notarial Officer
                                          (Affix Seal, if any)