

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Roberta M. Laraway
Secretary
rlaraway@potteranderson.com
302 984-6080  Direct Phone
302 658-1192  Fax

May 4, 2005

Office of The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801
Attn: Franchesca

Re: Ronald J. Smith v. E.I. duPont de Nemours and Company
C.A. No. 05-119 (SLR)

Dear Franchesca:

In connection with the above-referenced case, attached is a disk containing a Stipulation and an Exhibit A to the Stipulation. This Stipulation was filed this morning as document no. 6 without the Exhibit A attached. Please correct this in the system. Also attached is a copy of the receipt received when the Stipulation was filed. Please let me know if we need to send a runner to pick up a new receipt.

If you have any questions, please do not hesitate to call.

Sincerely,

Roberta M. Laraway
Secretary to
Mary E. Copper, Esquire

/Enclosure
/680816