IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD J. SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E.I. DUPONT de NEMOURS & COMPANY, )<br>a Delaware Corporation, )<br>)<br>Defendant. ) | C.A. No. 05-119 (SLR) |

### MOTION TO EXTEND TIME FOR FILING RESPONSE TO MOTION TO DISMISS AND ANSWERING BRIEF

Plaintiff, Ronald J. Smith, by and through his undersigned counsel, hereby moves this Court for an extension of time to file a response to the Motion to Dismiss filed by Defendant, E.I. DuPont de Nemours and Company, and an answering brief in support of his response to the Motion to Dismiss based on the following:

1. Plaintiff, Ronald J. Smith, filed a Complaint on February 28, 2005; and, Defendant, E.I. DuPont de Nemours and Company, filed a Motion to Dismiss and Opening Brief in Support of its Motion to Dismiss on April 29, 2005.

2. Plaintiff wishes to file a response to Defendant's Motion to Dismiss and an answering brief in support of his response; however, the time period for filing a response and answering brief pursuant to Fed. R. Civ. P. 7.1.2(a) has expired.

3. Counsel for Plaintiff has not filed a response nor answering brief to date as Counsel was attempting to contact alternate counsel to represent Plaintiff in this matter.

WHEREFORE, Plaintiff prays that the Court grant Plaintiff an extension of time for filing a response to Defendant's Motion to Dismiss and an answering brief in support of his response.

                        BERKOWITZ, SCHAGRIN & COOPER, P.A.

BY: _____
        GERALD Z. BERKOWITZ, ESQUIRE
        Bar I.D. No. 152
        1218 Market Street
        P.O. Box 1632
        Wilmington, Delaware 19899-1632
        Phone: (302) 652-3155
        Attorney for Plaintiff

DATED: 5/18/05

**CERTIFICATE OF SERVICE**

I, GERALD Z. BERKOWITZ, ESQUIRE, hereby certify that on this __19__ day of May 2005, two copies of the foregoing Motion for Extension of Time for Filing Response to Motion to Dismiss and Answering Brief were served by hand deliver upon the following individual at the address indicated below:

>Mary E. Copper, Esquire
>Sarah E. DiLuzio, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street, P.O. Box 951
>Wilmington, DE 19899

_____
GERALD Z. BERKOWITZ, ESQUIRE