IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD J. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>E.I. DUPONT de NEMOURS & COMPANY,<br>a Delaware Corporation,<br><br>    Defendant. | )<br>)  C.A. No. 05-119 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONSE TO MOTION TO DISMISS

Plaintiff, Ronald J. Smith, by and through his undersigned counsel, hereby responds to the Motion to Dismiss filed by Defendant, E.I. DuPont de Nemours and Company, and requests this Court to deny Defendant's request. The grounds for this response are set forth in Plaintiff's Answering Brief in Support of his Response to Motion to Dismiss filed contemporaneously herewith.

BERKOWITZ, SCHAGRIN & COOPER, P.A.

BY: _____
GERALD Z. BERKOWITZ, ESQUIRE
Bar I.D. No. 152
1218 Market Street
P.O. Box 1632
Wilmington, Delaware 19899-1632
Phone: (302) 652-3155
Attorney for Plaintiff

DATED: 5/18/05

## CERTIFICATE OF SERVICE

I, GERALD Z. BERKOWITZ, ESQUIRE, hereby certify that on this __19__ day of May 2005, two copies of the foregoing Motion for Extension of Time for Filing Response to Motion to Dismiss and Answering Brief were served by hand deliver upon the following individual at the address indicated below:

>Mary E. Copper, Esquire
>Sarah E. DiLuzio, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6[th] Floor
>1313 N. Market Street, P.O. Box 951
>Wilmington, DE 19899

_____
GERALD Z. BERKOWITZ, ESQUIRE