IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


RONALD J. SMITH,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Civ. No. 05-119-SLR
                                    )
E.I DUPONT de NEMOURS & CO.,        )
                                    )
                                    )
          Defendant.                )


O R D E R


At Wilmington this 8th day of December, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 3) is granted.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.


_____
United States District Judge