IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RONALD J. SMITH,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Civ. No. 05-119-SLR
                                    )
E.I. DUPONT de NEMOURS & CO.,       )
                                    )
        Defendant.                  )

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of December 8, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant E.I. DuPont de Nemours & Co. and against plaintiff Ronald J. Smith.

_____
United States District Judge

Dated: December 13, 2005

_____
(By) Deputy Clerk