# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-119 (SLR) |
| | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF KATHLEEN FUREY MCDONOUGH IN SUPPORT
OF DEFENDANT E.I. DU PONT DE NEMOURS AND COMPANY'S
MOTION FOR ATTORNEYS' FEES**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

KATHLEEN FUREY MCDONOUGH, being duly sworn, does depose and state as follows:

1. I am a partner at the law firm of Potter Anderson & Corroon LLP ("PAC"). PAC is counsel to E.I. Du Pont de Nemours and Company ("DuPont"), the Defendant in the above-captioned action.

2. I submit this affidavit in support of DuPont's Motion for Attorneys' Fees Pursuant to 29 U.S.C. § 1132(g)(1). The statements in this affidavit are based upon my review of PAC billing records in this case.

3. DuPont seeks the recovery of legal fees incurred from March 2005 through April 2005 for work performed by one partner, one associate, and one paralegal who

provided legal services to DuPont in connection with seeking the dismissal of Plaintiff's complaint. The details of time spent on this matter are as follows:

      a. A partner spent 19.5 hours at a billing rate of $350 per hour.

      b. An associate spent 28.6 hours at a billing rate of $192 per hour.

      c. A paralegal spent 5.6 hours at a billing rate of $135 per hour.

    4. DuPont paid PAC a total of $10,662.87 in attorneys' fees for 53.7 hours of legal services provided by the legal professionals identified herein.

*[signature]*
Kathleen Furey McDonough

SWORN TO AND SUBSCRIBED before me this 22 day of December, 2005.

*[signature]*
Notary Public

My Commission Expires:

4-9-08

PAC 712330v 1