## CERTIFICATE OF SERVICE

I, Elizabeth King, hereby certify this 22nd day of December, 2005, I electronically filed true and correct copies of the foregoing **DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 29 U.S.C. SECTION 1132(g)(1)** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and hand delivered (2) two copies to the attorney listed below:

> Gerald Z. Berkowitz, Esquire (#152)
> Berkowitz Schagrin & Cooper
> 1218 N. Market Street
> P. O. Box 1632
> Wilmington, DE 19899
> gberkowtiz@bsclaw.com

*Elizabeth King*

Elizabeth King (DSB ID No. 4475)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: eking@potteranderson.com